# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA,
## MIDDLE DIVISION

| | |
|---|---|
| AMY WHITLOCK,           )  | |
|                          ) | |
|    Plaintiff,     )  | |
|                          ) | |
| v.                       ) | Case No. 4:14-cv-00821-VEH |
|                          ) | |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
|                          ) | |
|    Defendant.    )   | |

## NOTICE OF SETTLEMENT

Plaintiff, AMY WHITLOCK ("Plaintiff"), informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

> RESPECTFULLY SUBMITTED,

June 23, 2014             By: /s/M. Brandon Walker
                                   **M. Brandon Walker**
                                   Walker McMullan, Attorneys
                                   242 West Valley Avenue, Suite 312
                                   Birmingham, AL 35209
                                   Tel: 205-417-2541
                                   E-mail: brandon@walkermcmullan.com
                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On June 23, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. A copy of said settlement was e-mailed to Defendant's counsel, Jason B. Tompkins, at jtompkins@balch.com

                                   By: /s/M. Brandon Walker
                                              M. Brandon Walker